

ORIGINAL
FILED-USDC-NDTX-DA
'26 FEB 3 PM3:34
km

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| UNITED STATES OF AMERICA | NO. |
|---|---|
| v. | 3-26CR-042-L |
| MARIO ANDRA POWELL | |

## INDICTMENT

The Grand Jury charges:

### Count One
Assaulting, Resisting, and Impeding a Federal Officer
(Violation of 18 U.S.C. §§ 111(a)(1) and (b), and 1114)

On or about September 18, 2025, in the Dallas Division of the Northern District of Texas, the defendant, **Mario Andra Powell**, did knowingly and intentionally forcibly assault, resist, oppose, impede, and interfere with Drug Enforcement Administration Special Agent S.R., a person designated in 18 U.S.C. § 1114, while S.R. was engaged in the performance of official duties, and said conduct did inflict bodily injury to S.R.

In violation of 18 U.S.C. §§ 111(a)(1) and (b), and 1114.

A TRUE BILL:

_____
FOREPERSON

RYAN RAYBOULD
UNITED STATES ATTORNEY

_____
LUIS A. SUAREZ
Assistant United States Attorney
Texas Bar No. 24117110
1100 Commerce Street, Third Floor
Dallas, Texas 75242
Tel:   214-659-8600
Fax:  214-659-8812
Email: Luis.Suarez@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

MARIO ANDRA POWELL

INDICTMENT

18 U.S.C. §§ 111(a)(1) and (b), and 1114
Assaulting, Resisting, and Impeding a Federal Officer
(Count 1)

1 Count

A true bill rendered

_____                                 _____
DALLAS                                                                                                    FOREPERSON

Filed in open court this 3rd day of February, 2026.

**Warrant to be Issued - In State Custody**

_____
UNITED STATES MAGISTRATE JUDGE
No Criminal Matter Pending